## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

(973) 622-4828

CHAMBERS OF

**JOSEPH A. GREENAWAY, JR.**

**JUDGE**

Martin Luther King Jr
Courthouse
P.O. Box 999
Newark, New Jersey 07101-0999

July 19, 2005

Honorable Mary M. Lisi
Chair, Judicial Conference of the
    United States, Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

Re:     Calendar Year 2004 Filing

Dear Judge Lisi:

I am writing in response to your letter of June 27, 2005, in which you request clarification of my response to Part III B., line 1 on my 2004 annual financial disclosure report. During calendar year 2004, ███████ began a consulting business. Since I was unsure of how to report this, my law clerk, on my behalf, sought advice from the Committee staff. I used the exact language the staff suggested. In the future, and for purposes of this clarification, I will report the source of her non-investment income as "self-employed legal consultant." If you still require additional information, please let me know.



 seph A. Greenaway,
United States District

2005 JUL 25 P 3: 21

FINANCIAL
DISCLOSURE OFFICE

RECEIVED

| AO-10 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics |
| Rev. 1/2004 | FOR CALENDAR YEAR 2004 | in Government Act of 1978 |
| | | (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Greenaway, Jr., Joseph A | U.S. District Court New Jersey | 3/24/2005 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. ReportType (check appropriate type) | 6. Reporting Period |
|---|---|---|
| | ○ Nomination, Date | 1/1/2004 |
| Active | ○ Initial ● Annual ○ Final | to 12/31/2004 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| MLK Federal Courthouse | |
| 50 Walnut Street | Reviewing Officer_____ Date_____ |
| Newark, NJ 07101 | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Columbia College Black Alumni Council |
| 2. | Member | Rutgers University Law School Visiting Committee |
| 3. | Advisor | Columbia University's Alumni of Color Outreach (Mentoring Program) |
| 4. | Associate Editor | ABA Litigation Magazine |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 94-96 | Johnson & Johnson Employee Savings Plan |
| 2. | 95-96 | Johnson & Johnson Pension Plan |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | Rutgers School of Law - teaching spring, summer and fall semesters | $22,981.47 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2004 | Consultant for private consulting business |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Harvard Law School | Jan. 23, 2004, Cambridge, MA (transportation) |
| 2. | American Bar Association | June 17-20, 2004, Santa Fe, NM (transportation, lodging, meals) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Magyar Savings Bank | Line of Credit | M |
| 2. | Chase | Line of Credit | M |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenaway, Jr., Joseph A | 3/24/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. American Express common stock | A | Dividend | J | T | | | | | |
| 2. Coca-Cola common stock | A | Dividend | K | T | | | | | |
| 3. Merck common stock | A | Dividend | J | T | | | | | |
| 4. Microsoft common stock | A | Dividend | L | T | | | | | |
| 5. McDonalds common stock | A | Dividend | J | T | | | | | |
| 6. Johnson & Johnson common stock | D | Dividend | O | T | | | | | |
| 7. U.S. Savings Bonds | A | Interest | J | T | | | | | |
| 8. Citibank (checking & savings) | A | Interest | J | T | | | | | |
| 9. Disney common stock | A | Dividend | J | T | | | | | |
| 10. Intel common stock | A | Dividend | J | T | | | | | |
| 11. Pepsi common stock | A | Dividend | J | T | | | | | |
| 12. Johson & Johnson 401(k) | A | Interest | M | T | | | | | |
| 13. Siemens 401(k) | A | Interest | N | T | | | | | |
| 14. Nextel common stock | A | Dividend | J | T | | | | | |
| 15. AT&T common stock | A | Dividend | J | T | | | | | |
| 16. U.S. Treasury Strips | A | Interest | J | T | | | | | |
| 17. Federal Home Loan Mortgage zero coupons | A | Interest | J | T | | | | | |
| 18. Dell Computers common stock | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Greenaway, Jr., Joseph A | 3/24/2005 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 19.    AT&T Wireless common stock | A | Dividend | J | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income/Gain Codes:<br>(See Columns B1 and D4) | A = $1,000 or less<br>F = $50,001-$100,000 | B = $1,001-$2,500<br>G = $100,001-$1,000,000 | C = $2,501-$5,000<br>H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000<br>H2 = More than $5,000,000 | E = $15,001-$50,000 | |
| 2. Value Codes:<br>(See Columns C1 and D3) | J = $15,000 or less<br>N = $250,000-$500,000<br>P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000<br>O = $500,001-$1,000,000 | L = $50,000-$100,000<br>P1 = $1,000,001-$5,000,000<br>P4 = $More than $50,000,000 | M = $100,001-$250,000<br>P2 = $5,000,001-$25,000,000 | | |
| 3. Value Method Codes<br>(See Column C2) | Q = Appraisal<br>U = Book Value | R = Cost (Real Estate Only)<br>V = Other | S = Assessment<br>W = Estimated | T = Cash/Market | | |

VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____          Date 5-12-05

NOTE: AN[ ]VIDUAL WHO KNOWING[ ]ND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJE[ ]CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544